IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-0102-01-CR-W-DW |
| v. | ) | |
| | ) | |
| JOSE E. CASTELLANOS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 33) to grant in part and deny in part Defendant Jose E. Castellanos's motion to suppress evidence (Doc. 20). Castellanos filed objections (Doc. 34), which the Court has considered. After an independent review of the transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court adopts the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court hereby

ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order;

GRANTS Castellanos's motion to suppress the items found in the truck; and

DENIES Castellanos's motion to suppress evidence found in his residence and the storage unit.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: May 31, 2006